﻿Citation Nr: AXXXXXXXX
Decision Date: 12/31/20 Archive Date: 12/31/20

DOCKET NO. 200205-61051
DATE: December 31, 2020

ORDER

The Appeals Modernization Act (AMA) appeal for entitlement to an effective date earlier than September 10, 2010 for the grant of service connection for an anxiety disorder, to include based on clear and unmistakable error (CUE) in a September 1994 rating decision, is dismissed.

FINDING OF FACT

By a February 2020 decision in the legacy system, the Board denied entitlement to an effective date earlier than September 10, 2010 for the grant of service connection for an anxiety disorder, to include based on CUE in a September 1994 rating decision; because this issue has already been adjudicated, there is no remaining case or controversy pertaining to this claim.

CONCLUSION OF LAW

The Board has no jurisdiction to adjudicate the merits of this appeal under the AMA. 38 U.S.C. § 7105; 38 C.F.R. §§ 3.2400.

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran served on active duty from January 1966 to June 1969 and from 

January 1973 to July 1973.

As noted in the February 2020 Board legacy decision, the power of attorney appointing attorney E.G. as the Veteran’s representative has been revoked; as the Veteran has not submitted a new power of attorney, he is recognized as proceeding pro se in this appeal.

This matter initially came before the Board on appeal from a May 2012 legacy rating decision issued by a RO of the Department of Veterans Affairs (VA). 

In August 2018, the Board remanded this claim for additional development. 

An October 2019 rating decision denied this issue and a supplemental statement of the case (SSOC) was issued in October 2019.

The Veteran submitted a VA Form 10182 in December 2019; however, he was notified by the Board in January 2020 that his request did not identify the issue(s) he wanted to appeal with the required specificity. He was informed that he must complete another form that listed the issue(s) he wanted a Veterans Law Judge to review. He was notified that his December 2019 form would not be processed, and the Board could not review his appeal if he did not complete a new form. 

A new VA Form 10182 was received in February 2020 identifying five issues, according to the Veteran; however, the Board notes that the issue described by the Veteran is entitlement to an earlier effective date for the grant of service connection for his anxiety disorder, to include CUE. The Veteran failed to check the box that he was opting into the AMA from the SSOC and withdrawing his claims from the legacy system. 

As such, by a February 2020 decision, within the legacy appeal system, the Board denied this issue on appeal. Because this issue has already been adjudicated, there is no remaining case or controversy pertaining to this claim within the AMA appeal system. There is no provision in the law to pursue an appeal under both the legacy system and the AMA simultaneously. 

As there is no longer a case or controversy to decide, the issue is dismissed. See 38 U.S.C. § 7105; 38 C.F.R. §§ 3.2400. 

 

TANYA SMITH

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board L. Andersen, Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.